IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DANA BRYSON**                                                                          **PLAINTIFF**

**v.**                                **Case No. 4:20-cv-00065 KGB**

**PROTHO JUNCTION, LLC, ANANT
PATEL, KAL MAKAN, BHU MAKAN,
and SANJAY B. PATEL**
                                                                                                      **DEFENDANTS**

## ORDER

Before the Court is a joint motion for dismissal with prejudice filed by plaintiff Dana Bryson and separate defendants Protho Junction, LLC, Anant Patel, Kal Makan, and Bhu Makan ("Protho Defendants") (Dkt. No. 20).  The parties represent that they have reached a fair, reasonable, and adequate agreement that resolves all of Ms. Bryson's claims against the Protho Defendants (*Id.*, ¶¶ 2-3).  For good cause shown, the Court grants the motion and dismisses with prejudice Ms. Bryson's claims against the Protho Defendants (Dkt. No. 20).  Ms. Bryson's claims against separate defendant Sanjay B. Patel remain pending, and Ms. Bryson and separate defendant Sanjay B. Patel have consented to United States Magistrate Judge Edie R. Ervin presiding over this matter (Dkt. No. 25).

It is so ordered this 10th day of June, 2021.

                                                                                           _____
                                                                                          Kristine G. Baker
                                                                                          United States District Judge