# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DANA BRYSON**                                                                         **PLAINTIFF**

**VS.**                    **No. 4:20-CV-00065-ERE**

**PROTHRO JUNCTION, LLC.,** *et al.*                             **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today and the order entered by Judge Baker on June 10, 2021 *(Doc. 27)*, this case is DISMISSED, with prejudice, based on settlement.

IT IS SO ORDERED this 15th day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE